# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RAYMOND JAMES MASCARENAS,

    Petitioner,

vs.

GREG SMITH, et al.,

    Respondents.

Case No. 3:11-CV-00702-HDM-(WGC)

**ORDER**

    Petitioner having submitted a motion to dismiss (#6) this action voluntarily, and good cause appearing;

    IT IS THEREFORE ORDERED that this action is **DISMISSED** without prejudice.  The clerk of the court shall enter judgment accordingly.

    DATED: November 7, 2011.

_____
HOWARD D. MCKIBBEN
United States District Judge