AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_***** \_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

RAYMOND JAMES MASCARENAS,

    Petitioner,       JUDGMENT IN A CIVIL CASE
V.

    CASE NUMBER: **3:11-CV-00702-HDM-WGC**

GREG SMITH, et al.,

    Respondents.

\_\_\_  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Petitioner's motion to dismiss this action voluntarily (Dkt. No. 6) is granted. Therefore, this action is DISMISSED without prejudice.

  November 8, 2011                                 **LANCE S. WILSON**
                                                                        Clerk

                                                                      /s/ Katie Lynn Ogden
                                                                        Deputy Clerk